UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR411-249 |
| ) | |
| ANAISSA BETH GERWALD, a/k/a ) | |
| Anaizza Gerwald, a/k/a Ann E. ) | |
| Meraw, a/k/a Ana Isabel ) | |
| Marraquin, a/k/a Ana Isabel ) | |
| Garcia, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### O R D E R

Before the Court are Defendant Anaissa Beth Gerwald's Motion to Withdraw Guilty Plea After Sentencing (Doc. 81) and Motion for Continuance (Doc. 82).[1] The Government has responded in opposition to both motions. (Docs. 86, 87.) After careful consideration, both motions are **DENIED**.

In her Motion to Withdraw Guilty Plea, Defendant argues that she should be permitted to withdraw her plea because it was involuntary and she was not represented by competent counsel. (Doc. 81.) However, the Federal Rules

---

[1] The Court notes that Defendant filed these motions pro se, in contravention of this Court's rule prohibiting pro se filings by defendants represented by counsel. See S.D. Ga. L.R. 83.6 ("Whenever a party has appeared by attorney, he may not thereafter appear or act in his own behalf in the action or proceeding, or take any step therein, unless an order of substitution shall first have been made by the Court . . . ."). Despite the improper nature of these motions—Defendant is represented by appointed counsel—the Court has elected to address their merits.

of Criminal Procedure do not permit a defendant to withdraw a guilty plea after she has been sentenced. Fed. R. Crim. P. 11(e) ("After the court imposes sentence, the defendant may not withdraw a plea of guilty or nolo contendere, and the plea may be set aside only on direct appeal or collateral attack."). Accordingly, Defendant's motion must be **DENIED**.

In her Motion for Continuance, Defendant requests that the Court stay the date she is required to report to the Bureau of Prisons, currently scheduled for October 17, 2012. (Doc. 82 at 1.) Notably, Defendant does not even propose a date that would be convenient for her to report, instead just asking for an open ended stay. (Id.) After careful consideration, the Court can discern no reason to delay the start of Defendant's incarceration. Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this 17th day of October 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA