FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 JAN 11 PM 12:03

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR411-249 |
| ) | |
| ANAISSA BETH GERWALD, a/k/a ) | |
| Anaizza Gerwald, a/k/a Ann E. ) | |
| Meraw, a/k/a Ana Isabel ) | |
| Marraquin, a/k/a Ana Isabel ) | |
| Garcia ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is Defendant Anaissa Beth Gerwald's Motion for Automatic Reversal and Immediate Release. (Doc. 106.) In the motion, Defendant contends that errors in her case require the automatic reversal of her conviction and her immediate release. (Id. at 3.) After careful consideration, the Court can discern no grounds for relief. Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this 11th day of January 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA